IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA CARSON and
BRENNAN MOORES,

    Plaintiffs,

v.                                                    Civ. No. 22-172 JB/KK

PEHAJ TRUCK LINE, INC. d/b/a
NK TRANSPORT and CHARANJIT SINGH,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the parties' Stipulated Motion to Vacate February 22, 2023, Mandatory Rule 16 Settlement Conference (Doc. 29), filed January 31, 2023. Having considered the Motion and being otherwise fully advised, the Court FINDS that the Motion is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that the Court's Order Setting Rule 16 Settlement Conference (Doc. 19), and all hearings and deadlines set forth therein, are hereby VACATED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE