IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANGELA CARSON and**
**BRENNAN MOORES,**

    Plaintiff,

v.                                                                                                Civ. No.: 22-cv-00172 MLG/KK

**PEHAJ TRUCK LINE, INC. d/b/a**
**NK TRANSPORT and CHARANJIT SINGH,**

    Defendants.

## ORDER GRANTING SECOND UNOPPOSED MOTION TO PRESENT WITNESSES VIA VIDEO DEPOSITION

On this date, the Court considered Plaintiff's Unopposed Motion to Present Witnesses via Video Deposition. Having considered the Motion and the applicable law, the Court concludes that the Motion should be GRANTED. Accordingly, the Court enters the following Orders:

1. The Motion to Present Witnesses via Video Deposition should be and is, hereby, GRANTED.

2. The parties are permitted to present the following witnesses via video deposition:

   a. Carla Carson;

   b. Sarah Parker;

   c. Jolene Smith;

   d. Joe Kosick;

   e. Danny Moores;

   f. Tanner Hamilton;

   g. Riley Ragen; and

      h.      Harris Jacobson.

IT IS SO ORDERED.

 

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE