IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA CARSON, *et al.*,

    Plaintiffs,

v.

                                                             Civ. No. 22-172 MLG/KK

PEHAJ TRUCK LINE, INC., *et al.*,

    Defendants.

## ORDER RESULTING FROM STATUS CONFERENCE
## HELD ON APRIL 5, 2023

On April 5, 2023, the Court held a status conference in this case to discuss discovery and case management issues. (Doc. 39.) This order memorializes the Court's orders at that conference.

The Court has not entered a scheduling order in this matter. However, the parties represented to the Court at the status conference that they have been proceeding with the understanding that the deadlines proposed in the Joint Status Report (Doc. 4) are the operative deadlines. In the Joint Status Report, the parties proposed a deadline of December 7, 2022, for Plaintiffs' expert disclosure; January 7, 2023, for Defendants' expert disclosure; and March 13, 2023, for completion of discovery. (Doc. 4 at 6.)

On December 7, 2022, Plaintiffs filed an unopposed motion to extend the deadlines for both parties to disclose experts to 60 days after the motion was granted. (Doc. 24.) At the status conference, Plaintiffs orally withdrew the motion[1] and represented to the Court that they had timely disclosed their experts and completed discovery. Defendants orally moved for an extension of time to disclose their medical experts and to depose Plaintiff's experts. Plaintiffs opposed the motion and requested leave to brief the matter. The Court found that, because no case management order

---

[1] Plaintiffs withdrew the motion on April 6, 2023. (Doc. 38.)

has been entered and considering Plaintiffs' pending motion to extend expert disclosure deadlines, there is good cause to extend Defendants' expert disclosure deadline and to extend discovery to permit expert depositions. The Court therefore denied Plaintiffs' request to file a brief, granted Defendants' motion to extend expert disclosures and fixed the following deadlines:

    1. Defendants' medical expert disclosures due: **Wednesday, May 10, 2023.**

    2. Expert depositions complete by: **Friday, June 9, 2023.**

The Court also fixed a deadline of **Tuesday, April 18, 2023**, for the parties to file a joint supplement to the Joint Status Report indicating any further discovery needs, proposing discovery deadlines, and noting any exceptions as to any areas of disagreement.

    **IT IS SO ORDERED.**

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE