IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA CARSON, *et al.*,

   Plaintiffs,

v.

                                                                                  Civ. No. 22-172 MLG/KK

PEHAJ TRUCK LINE, INC., *et al.*,

   Defendants.

## ORDER ON MOTION TO WITHDRAW

THIS MATTER is before the Court on the Motion to Withdraw by Cuddy & McCarthy, LLP (Scott P. Hatcher and Robert Corchine) (Doc. 43). Defendants have retained substitute counsel O'Brien & Padilla, P.C. (Jeffrey M. Mitchell and Daniel J. O'Brien). *See* (Doc. 43 at 1; Doc. 37); D.N.M.LR-Civ. 83.8. At a status conference held on May 5, 2023, substitute counsel for Defendants, Jeffrey M. Mitchell, represented to the Court that Defendants do not oppose the Motion to Withdraw. Good cause being shown, the Court GRANTS the unopposed Motion to Withdraw.

IT IS THEREFORE ORDERED that Cuddy & McCarthy, LLP (Scott P. Hatcher and Robert Corchine) are withdrawn as counsel of record for Defendants.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE