IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA CARSON, *et al.*,

    Plaintiffs,

v.

                                                                                  Civ. No. 22-172 MLG/KK

PEHAJ TRUCK LINE, INC., *et al.*,

    Defendants.

### ORDER FIXING DEADLINE FOR A MOTION TO EXTEND DISCOVERY AND SETTING STATUS CONFERENCE

On May 5, 2023, the Court held a status conference in this case to discuss discovery and case management issues. (Doc. 45.) At the status conference, Defendants stated that they may move to extend the deadline for close of discovery based on Plaintiffs' late-produced releases. Should Defendants choose to do so, they must 1) confer with Plaintiffs' counsel to determine whether the parties can agree upon a proposed extended discovery schedule before filing the motion and 2) file the motion no later than **May 31, 2023**.

A telephonic status conference to discuss the scheduling of a Rule 16 Settlement Conference is set for **June 22, 2023, at 1:30 p.m**. before Judge Khalsa. Counsel are to call Judge Khalsa's AT&T Conference Line at (877) 848-7030 and enter the Code 7324132 to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                                    KIRTAN KHALSA
                                                                    UNITED STATES MAGISTRATE JUDGE